IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 08-3670S-BJH-11 |
| SUPERIOR AIR PARTS, INC., | § | |
| | § | |
| DEBTOR-IN-POSSESSION. | § | |
| | § | Chapter 11 |
| AVIATION PARTS SUPPLY, LLC, | § | Adversary No. 09-03249-bjh |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| THIELERT AIRCRAFT ENGINES | § | |
| GmbH and THIELERT AG, | § | |
| *Defendants*. | § | |

To:   Mr. Kevin H. Good, counsel for Aviation Parts Supply, Inc., Conner & Winters, LLP, 1700 Pacific Avenue, Suite 2250, Dallas, Texas 75201

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from August 14, 2009, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

*[signature]*
Cynthia W. Cole, Esq.
Beirne, Maynard & Parson, LLP
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Counsel for Thielert Aircraft Engines GmbH