Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
Telephone  (214)217-8070
Fax  (214) 217-8861

and

Billy G. Leonard, Jr.
Texas Bar No. 12208100
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, Texas 75069-7703
Telephone  (469) 742-0855
Fax  (469) 442-0135

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Case No. 08-3670S-BJH-11 |
| SUPERIOR AIR PARTS, INC., | § § § | |
|     DEBTOR-IN-POSSESSION. | § § | Chapter 11 |
| AVIATION PARTS SUPPLY, INC., | § § | Adversary No. 09-03249-bjh |
|     *Plaintiff*, | § § | |
| v. | § § § | |
| THIELERT AIRCRAFT ENGINES GmbH and THIELERT AG, | § § | |
|     *Defendants*. | § | |

## PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO RULE 41 (a)(1)(A)(i), F.R.C.P.

TO THE HONORABLE BARBARA J. HOUSER,
UNITED STATES BANKRUPTCY JUDGE:

Aviation Parts Supply, LLC ("APS"), by and through its undersigned counsel, files this Notice of Dismissal pursuant to Rule 41 (a)(1)(A)(i) and would show as follows:

**I.**

**Status**

1. The above Adversary Proceeding was filed on August 4, 2009.

2. Defendant Thielert Aircraft Engines GmbH waived service of summons pursuant to Rule 4(d), F.R.C.P., but has not filed an answer at this time.

3. Defendant Thielert AG has not responded to a request for waiver of service of summons and has not filed an answer at this time.

**II.**

**Notice**

4. APS files this Notice of Dismissal to voluntarily dismiss this Adversary Proceeding. *Marques v. Federal Reserve Bank*, 286 F.3d 1014, 1017 (7th Cir. 2002); *Williams v. Clarke*, 82 F.3d 270, 272 (8th Cir. 1996).

DATED:    September 9, 2009
Dallas, Texas

        Respectfully submitted,

        By: /s/ Kevin H. Good
           Kevin H. Good
           Texas Bar No. 08139300
           Conner & Winters, LLP
           1700 Pacific Avenue, Suite 2250
           Dallas, Texas 75201
           (214) 217-8070
           (214) 217-8861 (Facsimile)

        and

        Billy G. Leonard, Jr.
        Texas State Bar No. 12208100
        1650 W. Virginia Street, Suite 211
        McKinney, Texas 75069
        (469) 742-0855
        (469) 442-0135 (Facsimile)

***Attorneys for Aviation Parts Supply, Inc.***

**CERTIFICATE OF SERVICE**

    The undersigned counsel certifies that on the 10th day of September, 2009, a true and correct copy of the foregoing was served via e-mail and regular first-class U.S. mail, postage prepaid, on Chester B. Salomon, Esq., Becker, Glynn, Melamed & Muffly LLP, 299 Park Avenue, 16th Floor, New York, New York 10171, counsel for TAG, and Dan Winikka, Jones Day 2727 North Harwood Street, Dallas, Texas  75201and Cynthia Cole, Esq., Beirne Maynard & Parsons, LLP, 1700 Pacific Avenue, Suite 4400, Dallas, TX  75201, counsel for TAE, and via e-mail to Stephen Roberts, Esq., counsel for the Debtor, and Dave Parham, Esq., counsel for the Unsecured Creditors' Committee.

        /s/Kevin H. Good
        Kevin H. Good